Andrew Fullman
1305 N. 15th Street, Apt. C
Philadelphia, PA 19121
Telephone: (610) 457-9498
E-Mail: andrewf816@gmail.com

Pro Se. Plaintiff

2018 JUN 30 P 10: 48

USDC-EDPA

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF PHILADELPHIA, | ) | |
| POLICE COMMISSIONER RICHARD ROSS, JR., | ) | |
| EILEEN A. BONNER, | ) | |
| JOHN DOE, | ) | |
| | ) | |
| Defendants. | ) | No. 17-2673 |

FILED
JUN 30 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## NOTICE OF APPEAL

COMES NOW, the Plaintiff, Andrew Fullman, submitting this Notice of Appeal with respect to the Honorable Court's June 18, 2018 Order which Plaintiff comprehended as a denial to a fair and timely opportunity to discovery pursuant to the Federal Rules of Civil Procedure. Plaintiff believes he should have been legally entitled to discovery on or after May 11, 2018 when the Defendants' Motions to Dismiss were ruled upon. **See Exhibits "A" and "B".**

Respectfully submitted,

*Andrew Fullman*
Andrew Fullman
Pro Se Plaintiff

Date: June 30, 2018

1

Andrew Fullman
1305 N. 15th Street, Apt. C
Philadelphia, PA 19121
Telephone: (610) 457-9498
E-Mail: andrewf816@gmail.com

Pro Se. Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN, | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| v. | ) | |
| CITY OF PHILADELPHIA, POLICE COMMISSIONER RICHARD ROSS, JR., EILEEN A. BONNER, JOHN DOE, | ) | |
| Defendants. | ) | No. 17-2673 |

## CERTIFICATE OF SERVICE

I, Andrew Fullman, hereby certify that on the 30th day of June, 2018, I caused a true and correct copy of

PLAINTIFF'S NOTICE OF APPEAL to be served via First Class Mail upon the following:

Jeffrey Mozdziock, Deputy Attorney General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(*Attorney for Agent Eileen M. Bonner)

Tara Fung
Assistant City Solicitor
1515 Arch Street, 14th Floor
City of Philadelphia Law Department
Philadelphia, PA 19102
(215) 683-5445
(*Attorney for Police Commissioner Richard Ross, Jr.)

Date: June 30, 2018

_____
Andrew Fullman, Plaintiff

# EXHIBIT "A"

Andrew Fullman
1305 N. 15th Street, Apt. C
Philadelphia, PA 19121-4372
(610) 457-9498

2018 JUN 11 P 6 09

June 11, 2018

USDC-FDPA

**VIA HAND DELIVERY/REGULAR MAIL**

Honorable Eduardo C. Robreno
Judge, United States District Court
11614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1745

*Order to be filed* ~~RECEIVED~~

JUN 12 2018

CHAMBERS OF
JUDGE ROBRENO

Re:  Fullman v. City of Philadelphia, et al.
     **Civil Action No.17-2673**

*[Signature] E.C. Rob— 6/18/18.*

Dear Honorable Judge Robreno:

I am writing to respectfully request an additional thirty (30) days to answer/respond to the Defendants' Answers to my Amended Complaint which was sent via certified mail that I had to pick up from the United States Postal Service on or about June 5, 2018. For some reason I am not receiving any updated information or recent filings from the clerk's office. To date I have not received a hard copy of the Honorable Court's Order which was dated May 11, 2018 according to the civil docket sheet. **See Exhibit "A".** I only learned that an Order must have been recently put on the docket after I picked up the Defendants' answer to my amended complaint from the Postal Service last week.

In addition, discovery was stayed in this matter at the request of the defendants until an answer was made on their motion to dismiss. Discovery is a necessity to fully and adequately prepare a defense to the Defendants' Answer and New Matter.

WHEREFORE, I am respectfully requesting this Honorable Court to grant me an additional thirty (30) days in which to properly answer/respond to the Defendants' Answer and New Matter.

Respectfully submitted,

*Andrew Fullman*

Andrew Fullman
Pro Se Plaintiff

Enclosure

cc:  Tara Fung, Assistant City Solicitor
     Jeffrey Mozdziock, Deputy Attorney General

*Exhibit "A" (2) Pages*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW FULLMAN, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | NO. 17-2673 |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, | : | |
| et al., | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW**, this **18th** day of **June, 2018**, upon consideration of Plaintiff's June 11, 2018 request for an extension of time to respond to Defendants' answers, it is hereby **ORDERED** that Plaintiff's request is **DENIED**.[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,      J.**

---

[1]    The parties will follow the deadlines set forth in the Court's May 11, 2018 Order. See ECF No. 25.

# EXHIBIT "B"

STANDARD

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:17-cv-02673-ER
# Internal Use Only

FULLMAN v. CITY OF PHILADELPHIA et al
Assigned to: HONORABLE EDUARDO C. ROBRENO
related Case: 2:10-cv-01536-ER
Cause: 42:1981 Civil Rights

Date Filed: 06/12/2017
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**ANDREW FULLMAN**     represented by **ANDREW FULLMAN**
1305 N. 15TH STREET, APT C
PHILADELPHIA, PA 19121
PRO SE

V.

**Defendant**

**CITY OF PHILADELPHIA**     represented by **MEGHAN E. CLAIBORNE**
City of Philadelphia
City Solicitor's Office
1515 Arch St., 14th Floor
PHILADELPHIA, PA 19102
(215) 683-5447
Fax: 2156835397
Email: meghan.claiborne@phila.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TARA FUNG**
CITY OF PHILADELPHIA
1515 ARCH STREET.
PHILADELPHIA, PA 19102
215-683-5445
Email: tara.fung@phila.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**PHILADELPHIA POLICE DEPARTMENT**
*INTERNAL AFFAIRS DIVISION*
*TERMINATED: 08/29/2017*

**Defendant**

**PHILADELPHIA DISTRICT**

Exhibit "B" (5) Pages

**ATTORNEY**
*TERMINATED: 08/29/2017*

**Defendant**

**SETH WILLIAMS**
*TERMINATED: 08/29/2017*

**Defendant**

**BARBARA A. MCDERMOTT**
*TERMINATED: 08/29/2017*

**Defendant**

**RICHARD ROSS, JR.**
*POLICE COMMISSIONER*

represented by **MEGHAN E. CLAIBORNE**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TARA FUNG**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**EILEEN A. BONNER**

represented by **JEFFREY MOZDZIOCK**
PA OFFICE OF ATTORNEY GENERAL
1600 Arch Street
3rd Floor
PHILADELPHIA, PA 19103
215-560-2404
Email: jmozdziock@attorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TARA FUNG**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2017 | 1 | APPLICATION TO PROCEED IN FORMA PAUPERIS FILED BY ANDREW FULLMAN. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit) (jmv, ) (Additional attachment(s) added on 6/19/2017: # 3 Complaint) (jmv, ). (Entered: 06/15/2017) |
| 07/31/2017 | 2 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/31/2017. 7/31/2017 ENTERED AND COPIES MAILED TO PRO SE(kp, ) (Main Document 2 replaced on 8/1/2017) (kp, ). (Entered: 07/31/2017) |

| | | |
|---|---|---|
| 07/31/2017 | 3 | ORDER THAT LEAVE TO PROCEED IN FORMA PAUPERIS IS GRANTED. THE COMPLAINT IS DISMISSED FOR FAILURE TO STATE A CLAIM. PLAINTIFF IS GIVEN 30 DAYS TO FILE AN AMENDED COMPLAINT. THE CLERK SHALL NOT MAKE SERVICE UNTIL SO ORDERED.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 7/31/2017. 7/31/2017 ENTERED AND COPIES MAILED TO PRO SE.(kp, ) (Entered: 07/31/2017) |
| 07/31/2017 | 4 | COMPLAINT against CITY OF PHILADELPHIA, BARBARA A. MCDERMOTT, PHILADELPHIA DISTRICT ATTORNEY, PHILADELPHIA POLICE DEPARTMENT, RICHARD ROSS, JR, SETH WILLIAMS, filed by ANDREW FULLMAN.(kp, ) (Entered: 07/31/2017) |
| 08/29/2017 | 5 | AMENDED COMPLAINT against CITY OF PHILADELPHIA, RICHARD ROSS, JR, EILEEN A. BONNER, filed by ANDREW FULLMAN.(kp, ) (Entered: 08/30/2017) |
| 08/31/2017 | 6 | ORDER THAT THE CLERK OF COURT SHALL AMEND THE CAPTION TO REFLECT THE CAPTION OF THE AMENDED COMPLAINT AND ISSUES SUMMONSES. THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF PENNSYLVANIA SHALL SERVE THE SUMMONSES AND AMENDED COMPLAINT UPON DEFENDANTS. PLAINTIFF WILL BE REQUIRED TO COMPLETE THE USM-285 FORMS.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 8/31/2017. 8/31/2017 ENTERED AND COPIES MAILED TO PRO SE. COPY TO USM. USM-285 FORMS FORWARDED TO PRO SE. (kp, ) (Entered: 08/31/2017) |
| 08/31/2017 | | 3 Summons Issued as to EILEEN A. BONNER, CITY OF PHILADELPHIA, RICHARD ROSS, JR. Forwarded To: US MARSHAL on 8/31/2017 (kp, ) (Entered: 08/31/2017) |
| 09/01/2017 | 7 | SUBSTITUTE AMENDED COMPLAINT against EILEEN A. BONNER, CITY OF PHILADELPHIA, RICHARD ROSS, JR, filed by ANDREW FULLMAN.(kp, ) (Entered: 09/05/2017) |
| 09/20/2017 | 8 | AFFIDAVIT of Service by US MARSHAL re: served SUMMONS AND COMPLAINT upon CITY OF PHILADELPHIA LAW DEPARTMENT, AGENT EILEEN A. BONNER, COMMISSIONER RICHARD ROSS, JR. by PERSONAL, BY MAIL on 9/15/2017, ANSWERS DUE 10/6/2017. (Attachments: # 1 Supplement, # 2 Supplement)(kp, ) Modified on 9/21/2017 (kp, ). (Entered: 09/20/2017) |
| 10/04/2017 | 9 | AFFIDAVIT of Service re: served Complaint upon Eileen Bonner by By Mail on 09/27/17 (MOZDZIOCK, JEFFREY) (Entered: 10/04/2017) |
| 10/06/2017 | 10 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by CITY OF PHILADELPHIA, RICHARD ROSS, JR.Memorandum, Certificate of Service.(CLAIBORNE, MEGHAN) (Entered: 10/06/2017) |
| 10/06/2017 | 11 | REQUEST FOR DEFAULT by ANDREW FULLMAN. (kp, ) (Entered: 10/10/2017) |

| | | |
|---|---|---|
| 10/06/2017 | 12 | MOTION for Default Judgment against CITY OF PHILADELPHIA AND POLICE COMMISSIONER RICHARD ROSS JR. filed by ANDREW FULLMAN.DECLARATION, CERTIFICATE OF SERVICE.(kp, ) (Entered: 10/10/2017) |
| 10/13/2017 | 13 | RESPONSE in Opposition re 12 MOTION for Default Judgment against CITY OF PHILADELPHIA AND POLICE COMMISSIONER RICHARD ROSS JR. filed by CITY OF PHILADELPHIA, RICHARD ROSS, JR. (CLAIBORNE, MEGHAN) (Entered: 10/13/2017) |
| 10/18/2017 | 14 | ORDER THAT THE LETTER REQUEST FROM PRO SE PLAINTIFF, ANDREW FULLMAN TO THE HONORABLE EDUARDO C. ROBRENO DATED OCTOBER 14, 2017 IS HEREBY GRANTED AND MR. FULLMAN SHALL HAVE TWO WEEKS UNTIL OCTOBER 31, 2017 IN WHICH TO FILE A RESPONSE TO THE DEFENDANTS' MOTION TO DISMISS 12 . SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/18/2017. 10/18/2017 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF AND E-MAILED.(nds) (Entered: 10/18/2017) |
| 10/18/2017 | | Set/Reset Deadlines as to 10 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM . RESPONSES DUE BY 10/31/2017. (tjd) (Entered: 10/20/2017) |
| 10/31/2017 | 15 | ORDER THAT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (ECF #12) IS DENIED. PLAINTIFF SERVED THE SUBSTITUTED AMENDED COMPLAINT ON SEPTEMBER 15, 2017. DEFENDANTS FILED A MOTION TO DISMISS ON OCTOBER 6, 2017 (ECF #10). THUS, DEFENDANTS FILED A TIMELY RESPONSE PURSUANT TO F.R.C.P. 12. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 10/31/17.10/31/17 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF, E-MAILED.(rv, ) (Entered: 10/31/2017) |
| 10/31/2017 | 16 | PLAINTIFF'S RESPONSE to Motion re 10 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by ANDREW FULLMAN. CERTIFICATE OF SERVICE.(kp, ) (Entered: 11/01/2017) |
| 11/06/2017 | 17 | REQUEST FOR APPOINTMENT OF COUNSEL by ANDREW FULLMAN. DECLARATION, CERTIFICATE OF SERVICE. (kp, ) (Entered: 11/07/2017) |
| 11/07/2017 | 18 | MOTION to Stay filed by EILEEN A. BONNER, CITY OF PHILADELPHIA.Certificate of Service.(FUNG, TARA) (Entered: 11/07/2017) |
| 11/08/2017 | 19 | ORDER THAT THE DEFENDANTS' MOTION TO STAY DISCOVERY 18 IS GRANTED. ALL DISCOVERY IS STAYED PENDING DETERMINATION OF DEFENDANTS' MOTION TO DISMISS 10 . SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 11/8/2017. 11/8/2017 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF AND E-MAILED.(nds) (Entered: 11/08/2017) |
| 11/12/2017 | 20 | PLAINTIFF'S REQUEST FOR CONSIDERATION by ANDREW FULLMAN. CERTIFICATE OF SERVICE. (kp, ) (Entered: 11/13/2017) |

| | | |
|---|---|---|
| 11/22/2017 | 21 | Opposition re 20 Praecipe/Request filed by CITY OF PHILADELPHIA. Certificate of Service.(FUNG, TARA) Modified on 11/27/2017 (tjd). (Entered: 11/22/2017) |
| 11/22/2017 | 22 | Opposition to Plaintiff's MOTION for Reconsideration filed by RICHARD ROSS, JR. Certificate of Service.(FUNG, TARA) Modified on 11/27/2017 (tjd). (Entered: 11/22/2017) |
| 11/27/2017 | 23 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , MOTION to Dismiss for Lack of Jurisdiction , MOTION for More Definite Statement filed by EILEEN A. BONNER.Memorandum, Certificate of Service. (MOZDZIOCK, JEFFREY) (Entered: 11/27/2017) |
| 12/18/2017 | 24 | PLAINTIFF'S RESPONSE to DEFENDANT'S 23 MOTION TO DISMISS filed by ANDREW FULLMAN. (Attachments: # 1 Exhibit)(kp, ) (Entered: 12/19/2017) |
| 05/11/2018 | 25 | ORDER AS FOLLOWS: 1. DEFENDANTS' MOTIONS TO DISMIS (#10 & 23) ARE DENIED. 2. DEFENDANTS SHALL DEPOSE PLAINTFF REGARDING THE CLAIMS IN PLAINTIFF'S SUBSTITUTE AMENDED COMPLAINT (#7) ON OR BEFORE AUGUST 9, 2018. 3. THEREAFTER, DEFENDANTS SHALL ATTACH A COPY OF THE DEPOSITION TRANSCRIPT, ALONG WITH ANY EXHIBITS USED DURING THE DEPOSITION, TO A MOTION FOR SUMMARY JUDGMENT THAT DEFENDANTS SHALL FILE WITH THE COURT ON OR BEFORE SEPTEMBER 10, 2018. 4. A TELEPHONE STATUS AND SCHEDULING CONFERENCE SHALL THEREAFTER BE SCHEDULED TO FIX A DATE FOR PLAINTIFF TO RESPOND TO THE MOTION FOR SUMMARY JUDGMENT AND DISCUSS WHAT, IF ANY, FURTHER DISCOVERY MAY BE TAKEN IN THIS CASE.. SIGNED BY HONORABLE EDUARDO C. ROBRENO ON 5/10/18. 5/11/18 ENTERED AND COPIES MAILED TO PRO SE PLAINTIFF AND E-MAILED.(rv) (Entered: 05/11/2018) |
| 05/25/2018 | 26 | ANSWER to 7 Amended Complaint by EILEEN A. BONNER. Affirmative Defenses, Certificate of Service.(MOZDZIOCK, JEFFREY) Modified on 5/29/2018 (tjd). (Entered: 05/25/2018) |
| 05/25/2018 | 27 | ANSWER to 7 Amended Complaint by CITY OF PHILADELPHIA, RICHARD ROSS, JR. Jury Demand, Affirmative Defenses, Certificate of Service.(FUNG, TARA) Modified on 5/29/2018 (tjd). (Entered: 05/25/2018) |